NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30289
08-DEC-2010
11:20 AM**

NO. 30289

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CASEY CAMERON EASON, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-2695)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Petitioner-Appellant Casey Cameron Eason (Eason) submitted for consideration a document entitled "Motion to Dismiss Civil Number 09-1-2695 and All Other Documents Related Thereto." Although the document's caption contains the heading "IN THE CIRCUIT COURT OF THE FIRST CIRCUIT," the document was sent by mail to the address of the Supreme Court Clerk's Office and this court will consider it as motion to dismiss appeal under Appeal No. 30289 (Motion to Dismiss). Upon consideration of Eason's Motion to Dismiss, and the records and files herein,

IT IS HEREBY ORDERED that the Motion to Dismiss is granted and this appeal is dismissed.

DATED: Honolulu, Hawai'i, December 8, 2010.

Chief Judge

Associate Judge

Associate Judge